B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re: Christopher Lee Watts
Shanann Cathryn Watts
Debtor(s)

Case No.
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Chase Home Finance | **Describe Property Securing Debt:**<br>2825 Saratoga Trail<br>Frederick, CO 80516 |

Property will be (check one):
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt   ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Ford Motor Credit Omaha Service Center | **Describe Leased Property:**<br>2015 Ford Explorer<br>Signed lease 12/2014, 40 months<br>$588/month<br>ASSUME | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES   ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date June 4, 2015   Signature /s/ Christopher Lee Watts
Christopher Lee Watts
Debtor

Date June 4, 2015   Signature /s/ Shanann Cathryn Watts
Shanann Cathryn Watts
Joint Debtor