## Statement of Earnings and Deductions

**Anadarko Petroleum Corporation**
1201 Lake Robbins Drive
The Woodlands, TX 77380
E-Mail: us_payroll@anadarko.com

| | | |
|---|---|---|
| Chris Watts | **Payroll Area** Bi-weekly NE | **Tax Data** Federal State |
| 2825 Saratoga Trail | **Pay Period** 04/26/2015 To 05/09/2015 | **Marital Status** Married Single |
| | **Check/Advice#** 0015126000008 **Date** 05/22/2015 | **Allowance** 01 00 |
| Frederick        CO   80516 | **Cost Center** 40201067   KM EVANS CO OFFICE CC NB | **Additional Amt** 0 |
| Personnel No.   00151260 **Location** Platteville, CO | **Work Schedule** ONS-08FL  **Position** Operator I | |

| | Gross(Without Imputed) | Before-Tax | Taxes | After-Tax | = | Net Pay |
|---|---|---|---|---|---|---|
| Current | 2388.00 | 393.47 | 453.41 | 14.12 | | 1507.00 |
| YTD | 19884.00 | 2900.01 | 3897.20 | 103.50 | | 12783.29 |

### EARNINGS AND DEDUCTIONS

| Description | Rate | Hours | Earnings | Retro Date | Retro Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 29.60 | 80.00 | 2368.00 | | 0.00 | 569.00 | 16842.40 |
| Holiday | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Overtime (1.5 times) | | | 0.00 | | 0.00 | 12.00 | 532.80 |
| Holiday Worked | | | 0.00 | | 0.00 | 4.00 | 177.60 |
| Bereavement | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Paid Time Off | | | 0.00 | | 0.00 | 40.00 | 1184.00 |
| Car Imputed | | | 30.00 | | 0.00 | 0.00 | 240.00 |
| Group Term Life | | | 2.96 | | 0.00 | 0.00 | 23.68 |
| **Total** | | **80.00** | **2400.96** | | **0.00** | **657.00** | **19947.68** |

| Taxes | Authority | Current | YTD | Before-Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Withholding Tax | CO | 89.00 | 755.00 | Dental Pre-Tax | 13.50 | 108.00 |
| Withholding Tax | FED | 199.98 | 1770.05 | Medical Pre-Tax | 220.00 | 1760.00 |
| EE Social Security Tax | FED | 133.26 | 1112.07 | Supplemental AD | 12.50 | 100.00 |
| EE Medicare Tax | FED | 31.17 | 260.08 | Vision Pre-Tax | 5.39 | 43.12 |
| | | | | ESP Pre-Tex EE | 142.08 | 888.89 |
| **Total** | | **453.41** | **3897.20** | **Total** | **393.47** | **2900.01** |

| After-Tax Deductions | Current | YTD | Employer Paid Benefits | Current | YTD |
|---|---|---|---|---|---|
| Child Life Insurance | 1.20 | 9.60 | ER Match - ESP | 142.08 | 888.89 |
| Spouse Life Insurance | 3.00 | 19.50 | Personal Wealth Account | 94.72 | 787.36 |
| Supplemental EE Life | 9.92 | 74.40 | | | |
| **Total** | **14.12** | **103.50** | **Total** | **236.80** | **1676.25** |

### Net Pay Distribution

| Account Type | Account Number | Check/Advice# | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking | ******3310 | 0015126000008001 | 05/22/2015 | 1507.00 | USD |
| **Total** | | | | **1507.00** | |

Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380

**Date**
05/22/2015

**Check/Advice#**
0015126000008
**NON-NEGOTIABLE**

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | ******3310 | 1507.00 |
| **Total** | | 1507.00 |

Chris Watts
2825 Saratoga Trail

Frederick             CO   80516

## Statement of Earnings and Deductions

**Anadarko Petroleum Corporation**
1201 Lake Robbins Drive
The Woodlands, TX 77380
E-Mail: us_payroll@anadarko.com

| | | |
|---|---|---|
| Chris Watts | **Payroll Area** Bi-weekly NE | **Tax Data** Federal State |
| 2825 Saratoga Trail | **Pay Period** 04/12/2015 To 04/25/2015 | **Marital Status** Married Single |
| | **Check/Advice#** 0015126000007 Date 05/08/2015 | **Allowance** 01 00 |
| Frederick CO 80516 | **Cost Center** 40201067 KM EVANS CO OFFICE CC NB | **Additional Amt** 0 |
| Personnel No. 00151260 Location Platteville, CO | **Work Schedule** ONS-08FL Position Operator I | |

| Gross (Without Imputed) | | Before Tax | | Taxes | After Tax | | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | 2388.00 | 393.47 | | 453.40 | 14.12 | | 1507.01 |
| YTD | 17316.00 | 2506.54 | | 3443.79 | 89.38 | | 11276.29 |

### EARNINGS AND DEDUCTIONS

| Description | Rate | Hours | Earnings | Retro Date | Retro Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 29.60 | 40.00 | 1184.00 | | 0.00 | 489.00 | 14474.40 |
| Holiday | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Overtime (1.5 times) | | | 0.00 | | 0.00 | 12.00 | 532.80 |
| Holiday Worked | | | 0.00 | | 0.00 | 4.00 | 177.60 |
| Bereavement | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Paid Time Off | 29.60 | 40.00 | 1184.00 | | 0.00 | 40.00 | 1184.00 |
| Car Imputed | | | 30.00 | | 0.00 | 0.00 | 210.00 |
| Group Term Life | | | 2.96 | | 0.00 | 0.00 | 20.72 |
| Total | | 80.00 | 2400.96 | | 0.00 | 577.00 | 17546.72 |

| Taxes | Authority | Current | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Withholding Tax | CO | 89.00 | 666.00 | Dental Pre-Tax | 13.50 | 94.50 |
| Withholding Tax | FED | 199.96 | 1570.09 | Medical Pre-Tax | 220.00 | 1540.00 |
| EE Social Security Tax | FED | 133.27 | 978.79 | Supplemental AD | 12.50 | 87.50 |
| EE Medicare Tax | FED | 31.17 | 228.91 | Vision Pre-Tax | 5.39 | 37.73 |
| | | | | ESP Pre-Tax EE | 142.08 | 746.81 |
| Total | | 453.40 | 3443.79 | Total | 393.47 | 2506.54 |

| After Tax Deductions | Current | YTD | Employer Paid Benefits | Current | YTD |
|---|---|---|---|---|---|
| Child Life Insurance | 1.20 | 8.40 | ER Match - ESP | 142.08 | 746.81 |
| Spouse Life Insurance | 3.00 | 16.50 | Personal Wealth Account | 94.72 | 692.64 |
| Supplemental EE Life | 9.92 | 64.48 | | | |
| Total | 14.12 | 89.38 | Total | 236.80 | 1439.45 |

### Non-Pay Distribution

| Account Type | Account Number | Check/Advice# | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking | *****3310 | 0015126000007001 | 05/08/2015 | 1507.01 | USD |
| Total | | | | 1507.01 | |

Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX 77380

Date
05/08/2015

Check/Advice#
0015126000007

**NON-NEGOTIABLE**

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | *****3310 | 1507.01 |
| Total | | 1507.01 |

Chris Watts
2825 Saratoga Trail

Frederick CO 80516

## Statement of Earnings and Deductions

**Anadarko Petroleum Corporation**
1201 Lake Robbins Drive
The Woodlands, TX 77380
E-Mail: us_payroll@anadarko.com

| | | |
|---|---|---|
| Chris Watts | **Payroll Area** Bi-weekly NE | **Tax Data** Federal / State |
| 2825 Saratoga Trail | **Pay Period** 03/29/2015 To 04/11/2015 | **Marital Status** Married / Single |
| | **Check/Advice#** 0015126000006  Date 04/24/2015 | **Allowance** 01 / 00 |
| Frederick    CO   80516 | **Cost Center** 40201087   KM EVANS CO OFFICE CC NB | **Additional Amt** 0 |
| Personnel No.  00151260  Location  Platteville, CO | **Work Schedule** ONS-08FL  **Position**  Operator I | |

| Gross (Without Imputed) | | Before Tax | Taxes | After Tax | Net Pay |
|---|---|---|---|---|---|
| Current | 2723.20 | 414.78 | 545.66 | 14.12 | 1748.64 |
| YTD | 14948.00 | 2113.07 | 2990.39 | 75.26 | 9769.28 |

### EARNINGS AND DEDUCTIONS

| Description | Rate | Hours | Earnings | Retro Date | Retro Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 29.60 | 72.00 | 2131.20 | | 0.00 | 449.00 | 13290.40 |
| Holiday | 29.60 | 8.00 | 236.80 | | 0.00 | 16.00 | 473.60 |
| Overtime (1.5 times) | 44.40 | 8.00 | 355.20 | | 0.00 | 12.00 | 532.80 |
| Holiday Worked | | | 0.00 | | 0.00 | 4.00 | 177.60 |
| Bereavement | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Car Imputed | | | 30.00 | | 0.00 | 0.00 | 180.00 |
| Group Term Life | | | 2.96 | | 0.00 | 0.00 | 17.76 |
| Total | | 88.00 | 2756.16 | | 0.00 | 497.00 | 15145.76 |

| Taxes | Authority | Current | YTD | Before Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Withholding Tax | CO | 104.00 | 577.00 | Dental Pre-Tax | 13.50 | 81.00 |
| Withholding Tax | FED | 250.04 | 1370.13 | Medical Pre-Tax | 220.00 | 1320.00 |
| EE Social Security Tax | FED | 155.30 | 845.52 | Supplemental AD | 12.50 | 75.00 |
| EE Medicare Tax | FED | 36.32 | 197.74 | Vision Pre-Tax | 5.39 | 32.34 |
| | | | | ESP Pre-Tax EE | 163.39 | 604.73 |
| Total | | 545.66 | 2990.39 | Total | 414.78 | 2113.07 |

| After Tax Deductions | Current | YTD | Employer Paid Benefits | Current | YTD |
|---|---|---|---|---|---|
| Child Life Insurance | 1.20 | 7.20 | ER Match - ESP | 163.39 | 604.73 |
| Spouse Life Insurance | 3.00 | 13.50 | Personal Wealth Account | 108.93 | 597.92 |
| Supplemental EE Life | 9.92 | 54.56 | | | |
| Total | 14.12 | 75.26 | Total | 272.32 | 1202.65 |

### Net Pay Distribution

| Account Type | Account Number | Check/Advice# | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking | *****3310 | 0015126000006001 | 04/24/2015 | 1748.64 | USD |
| Total | | | | 1748.64 | |

Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380

Date
04/24/2015

Check/Advice#
0015126000006
**NON-NEGOTIABLE**

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | *****3310 | 1748.64 |
| Total | | 1748.64 |

Chris Watts
2825 Saratoga Trail

Frederick        CO   80516

### Statement of Earnings and Deductions

**Anadarko Petroleum Corporation**
1201 Lake Robbins Drive
The Woodlands, TX 77380
E-Mail: us_payroll@anadarko.com

| Chris Watts | | Payroll Area | Bi-weekly NE | Tax Data | Federal | State |
|---|---|---|---|---|---|---|
| 2825 Saratoga Trail | | Pay Period | 03/15/2015 To 03/28/2015 | Marital Status | Married | Single |
| | | Check/Advice# | 0015126000005 | Date 04/10/2015 | Allowance | 01 | 00 |
| Frederick | CO 80516 | Cost Center | 40201067 KM EVANS CO OFFICE CC NB | Additional Amt | 0 | |
| Personnel No. 00151260 Location Platteville, CO | | Work Schedule | ONS-08FL Position Operator I | | | |

| Gross (Without Imputed) | | Before Tax | Taxes | After Tax | Net Pay |
|---|---|---|---|---|---|
| Current | 2368.00 | 393.47 | 453.40 | 14.12 | 1507.01 |
| YTD | 12224.80 | 1698.29 | 2444.73 | 61.14 | 8020.64 |

### EARNINGS AND DEDUCTIONS

| Description | Rate | Hours | Earnings | Retro Date | Retro Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Regular | 29.60 | 80.00 | 2368.00 | | 0.00 | 377.00 | 11159.20 |
| Holiday | | | 0.00 | | 0.00 | 8.00 | 236.80 |
| Overtime (1.5 times) | | | 0.00 | | 0.00 | 4.00 | 177.60 |
| Holiday Worked | | | 0.00 | | 0.00 | 4.00 | 177.60 |
| Bereavement | | | 0.00 | | 0.00 | 16.00 | 473.60 |
| Car Imputed | | | 30.00 | | 0.00 | 0.00 | 150.00 |
| Group Term Life | | | 2.98 | | 0.00 | 0.00 | 14.80 |
| **Total** | | 80.00 | 2400.98 | | 0.00 | 409.00 | 12389.60 |

| Taxes | Authority | Current | YTD | Before-Tax Deductions | Current | YTD |
|---|---|---|---|---|---|---|
| Withholding Tax | CO | 89.00 | 473.00 | Dental Pre-Tax | 13.50 | 67.50 |
| Withholding Tax | FED | 199.96 | 1120.09 | Medical Pre-Tax | 220.00 | 1100.00 |
| EE Social Security Tax | FED | 133.27 | 690.22 | Supplemental AD | 12.50 | 62.50 |
| EE Medicare Tax | FED | 31.17 | 161.42 | Vision Pre-Tax | 5.39 | 26.95 |
| | | | | ESP Pre-Tax EE | 142.08 | 441.34 |
| **Total** | | 453.40 | 2444.73 | **Total** | 393.47 | 1699.29 |

| After-Tax Deductions | Current | YTD | Employer Paid Benefits | Current | YTD |
|---|---|---|---|---|---|
| Child Life Insurance | 1.20 | 6.00 | ER Match - ESP | 142.08 | 441.34 |
| Spouse Life Insurance | 3.00 | 10.50 | Personal Wealth Account | 94.72 | 488.99 |
| Supplemental EE Life | 9.92 | 44.64 | | | |
| **Total** | 14.12 | 61.14 | **Total** | 236.80 | 930.33 |

### Net Pay Distribution

| Account Type | Account Number | Check/Advice# | Date | Deposit Amount | Currency |
|---|---|---|---|---|---|
| Checking | ******3310 | 0015126000005001 | 04/10/2015 | 1507.01 | USD |
| **Total** | | | | 1507.01 | |

Anadarko Petroleum Corporation
1201 Lake Robbins Drive
The Woodlands, TX  77380

Date
04/10/2015

Check/Advice#
0015126000005
**NON-NEGOTIABLE**

| DIRECT DEPOSIT DISTRIBUTION | | |
|---|---|---|
| Account Type | Account Number | Deposit Amount |
| Checking | ******3310 | 1507.01 |
| Total | | 1507.01 |

Chris Watts
2825 Saratoga Trail

Frederick          CO  80516

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| | |
|---|---|
| Pay Group: | H1-Hospital BiWeekly |
| Pay Begin Date: | 04/26/2015 |
| Pay End Date: | 05/09/2015 |

| | |
|---|---|
| Business Unit: | CHILD |
| Advice #: | 0000000001582928 |
| Advice Date: | 05/15/2015 |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowance: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

Shannon C. Watts
2625 Saratoga Trail
Frederick, CO 80516

| | |
|---|---|
| Employee ID: | 136870 |
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavilion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $18.27 Biweekly |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 18.265500 | 55.00 | 1,004.60 | 477.50 | 8,554.52 | Fed Withholding | 164.97 | 1,642.38 |
| Evening Shift | 2.000000 | 33.00 | 66.00 | 306.25 | 612.50 | Fed MED/EE | 18.95 | 175.46 |
| PRN Differential | 3.653100 | 55.00 | 200.92 | 224.25 | 808.37 | Fed OASDI/EE | 81.00 | 750.23 |
| Weekend Differential | 1.750000 | 20.00 | 35.00 | 170.50 | 298.39 | CO Withholding | 56.00 | 523.00 |
| Take It To Heart | | | 0.00 | | 788.54 | CO AURORA Withholding | 2.00 | 10.00 |
| Night Shift | | 0.00 | 8.00 | | 32.00 | | | |
| Staffing Bonus | | 0.00 | | | 60.00 | | | |
| On Call | | 0.00 | 64.00 | | 256.00 | | | |
| Holiday Premium | | 0.00 | 7.75 | | 69.05 | | | |
| Call Back Bonus | | 0.00 | 1.00 | | 17.82 | | | |
| Call Back Premium | | 0.00 | 6.50 | | 57.92 | | | |
| Call Back Straight | | 0.00 | 6.50 | | 115.83 | | | |
| OT Premium | | 0.00 | 2.00 | | 21.65 | | | |
| CONTINUED ON NEXT PAGE | | | | | | TOTAL: | 322.92 | 3,101.07 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Parking Part Time | 4.50 | 40.50 | Employee Assistance Program | 0.00 | 11.97 |
| | | | | | | Basic Employee Life | 0.00 | 3.42 |
| | | | | | | Short Term Disability | 0.00 | 36.94 |
| | | | | | | Long Term Disability | 0.00 | 7.92 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 4.50 | 40.50 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,306.52 | 1,306.52 | 322.92 | 4.50 | 979.10 |
| YTD | 12,100.54 | 12,100.54 | 3,101.07 | 40.50 | 8,958.97 |

| YEAR-TO-DATE | PTO |
|---|---|
| Start Balance | 0.0 |
| + Earned | 0.0 |
| + Bought | 0.0 |
| - Taken | 0.0 |
| - Sold | 0.0 |
| + Adjustments | 0.0 |
| End Balance | 0.0 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001582928 | Checking | 50163310 | 979.10 |
| TOTAL: | | | 979.10 |

| Children's Hospital Colorado<br>13123 E. 16th Avenue<br>Aurora, CO 80045<br>720/777-1234 | | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | H1-Hospital BiWeekly<br>04/26/2015<br>05/09/2015 | Business Unit:<br>Advice #:<br>Advice Date: | CHILD<br>000000001582928<br>05/15/2015 | |
|---|---|---|---|---|---|---|

| | | | | TAX DATA: | Federal | CO State |
|---|---|---|---|---|---|---|
| Shanann C. Watts<br>2825 Saratoga Trail<br>Frederick, CO 80516 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 136870<br>1004580-Pediatric Call Center<br>Village Pavillion<br>Hospital Res Specialist-PRN<br>$18.27 Biweekly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | YTD | | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| OT Straight | | 0.00 | 2.00 | | 35.64 | | | | |
| Clinical Meeting Time | | 0.00 | 5.00 | | 89.32 | | | | |
| PTO Unscheduled | | 0.00 | 8.54 | | 152.19 | | | | |
| Leave Without Pay | | 0.00 | 28.43 | | 506.62 | | | | |
| EIB Correction | | 0.00 | -4.13 | | -73.50 | | | | |
| PTO Balance pay out | | 0.00 | 7.34 | | 130.80 | | | | |
| TOTAL: | | 163.00 | 1,306.52 | 1,381.68 | 12,100.54 | TOTAL: | | | |

| Children's Hospital Colorado<br>13123 E. 16th Avenue<br>Aurora, CO 80045<br>720/777-1234 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | H1-Hospital BiWeekly<br>05/10/2015<br>05/23/2015 | Business Unit:<br>Advice #:<br>Advice Date: | CHILD<br>000000001588387<br>05/29/2015 |

| | | | TAX DATA: | | Federal | CO State |
|---|---|---|---|---|---|---|
| Shianann C. Watts<br>2825 Saratoga Trail<br>Frederick, CO 80516 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 136870<br>1004580-Pediatric Call Center<br>Village Pavilion<br>Hospital Res Specialist-PRN<br>$18.27 Biweekly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | | Single<br>0 | Single<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular | 18.265500 | 71.75 | 1,310.55 | 549.25 | 9,865.07 | Fed Withholdng | 275.88 | 1,918.26 |
| Evening Shift | 2.000000 | 31.25 | 62.50 | 337.50 | 675.00 | Fed MED/EE | 26.66 | 202.12 |
| PRN Differential | 3.653100 | 77.25 | 282.20 | 301.50 | 1,090.57 | Fed OASDI/EE | 114.03 | 864.26 |
| Weekend Differential | 1.750000 | 22.75 | 39.81 | 193.25 | 338.20 | CO Withholdng | 81.00 | 604.00 |
| OT Premium | 23.242977 | 3.75 | 43.58 | 5.75 | 65.23 | CO AURORA Withholdng | 0.00 | -10.00 |
| OT.Straight | 18.265500 | 3.75 | 68.50 | 5.75 | 104.14 | | | |
| Clinical Meeting Time | 18.265500 | 1.75 | 31.96 | 6.75 | 121.28 | | | |
| Take It To Heart | | | 0.00 | | 788.54 | | | |
| Night Shift | | | 0.00 | 8.00 | 32.00 | | | |
| Staffing Bonus | | | 0.00 | | 60.00 | | | |
| On Call | | | 0.00 | 64.00 | 256.00 | | | |
| Holiday Premium | | | 0.00 | 7.75 | 69.05 | | | |
| Call Back Bonus | | | 0.00 | 1.00 | 17.82 | | | |
| CONTINUED ON NEXT PAGE | | | | | | TOTAL: | 497.57 | 3,598.64 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Parking Part Time | 4.50 | 45.00 | Employee Assistance Program | 0.00 | 11.97 |
| | | | | | | Basic Employee Life | 0.00 | 3.42 |
| | | | | | | Short Term Disability | 0.00 | 36.94 |
| | | | | | | Long Term Disability | 0.00 | 7.92 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 4.50 | 45.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,839.10 | 1,839.10 | 497.57 | 4.50 | 1,337.03 |
| YTD | 13,939.64 | 13,939.64 | 3,598.64 | 45.00 | 10,296.00 |

| YEAR-TO-DATE | PTO |
|---|---|
| Start Balance | 0.0 |
| + Earned | 0.0 |
| + Bought | 0.0 |
| - Taken | 0.0 |
| - Sold | 0.0 |
| + Adjustments | 0.0 |
| End Balance | 0.0 |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | Account Type | Account Number | Deposit Amount |
| Advice #000000001588387 | Checking | 50163310 | 1,337.03 |
| TOTAL: | | | 1,337.03 |

NOTE: Rate * Hours = Earnings unless an hours or earnings adjustment is included or Rate is from a FLSA calculation.

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| Pay Group: | H1-Hospital BiWeekly |
|---|---|
| Pay Begin Date: | 05/10/2015 |
| Pay End Date: | 05/23/2015 |

| Business Unit: | CHILD |
|---|---|
| Advice #: | 000000001588387 |
| Advice Date: | 05/29/2015 |

Shauann C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| Employee ID: | 136870 |
|---|---|
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavillion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $18.27 Biweekly |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Call Back Premium | | 0.00 | | | 6.50 | 57.92 | | |
| Call Back Straight | | 0.00 | | | 6.50 | 115.83 | | |
| PTO Unscheduled | | 0.00 | | | 8.54 | 152.19 | | |
| Leave Without Pay | | 0.00 | | | 28.43 | 506.62 | | |
| EIB Correction | | 0.00 | | | -4.13 | -73.60 | | |
| PTO Balance pay out | | 0.00 | | | 7.34 | 130.80 | | |

| TOTAL: | | 212.25 | 1,839.10 | 1,593.93 | 13,939.64 | TOTAL: | | |

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| Pay Group: | H1-Hospital BiWeekly |
| Pay Begin Date: | 03/29/2015 |
| Pay End Date: | 04/11/2015 |

| Business Unit: | CHILD |
| Advice #: | 000000001569382 |
| Advice Date: | 04/17/2015 |

Shanann C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| Employee ID: | 136870 |
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavillion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $18.27 Biweekly |

| TAX DATA: | Federal | CO State |
| --- | --- | --- |
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | YTD | | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| Take It To Heart | | | 788.54 | | 788.54 | Fed Withholdng | | 197.14 | 1,477.41 |
| Regular | | 0.00 | 422.50 | | 7,549.92 | Fed MED/EE | | 11.43 | 156.51 |
| Evening Shift | | 0.00 | 273.25 | | 546.50 | Fed OASDI/EE | | 48.89 | 669.23 |
| Night Shift | | 0.00 | 8.00 | | 32.00 | CO Withholdng | | 37.00 | 467.00 |
| Staffing Bonus | | 0.00 | | | 60.00 | CO AURORA Withholdng | | 0.00 | 8.00 |
| On Call | | 0.00 | 64.00 | | 256.00 | | | | |
| Holiday Premium | | 0.00 | 7.75 | | 69.05 | | | | |
| Call Back Bonus | | 0.00 | 1.00 | | 17.82 | | | | |
| Call Back Premium | | 0.00 | 6.50 | | 57.92 | | | | |
| Call Back Straight | | 0.00 | 6.50 | | 115.83 | | | | |
| PRN Differential | | 0.00 | 169.25 | | 607.45 | | | | |
| Weekend Differential | | 0.00 | 150.50 | | 263.39 | | | | |
| OT Premium | | 0.00 | 2.00 | | 21.65 | | | | |
| CONTINUED ON NEXT PAGE | | | | | | TOTAL: | | 294.46 | 2,778.15 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Parking Part Time | 0.00 | 36.00 | Employee Assistance Program | 0.00 | 11.97 |
| | | | | | | Basic Employee Life | 0.00 | 3.42 |
| | | | | | | Short Term Disability | 0.00 | 36.94 |
| | | | | | | Long Term Disability | 0.00 | 7.92 |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 0.00 | 36.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 788.54 | 788.54 | 294.46 | 0.00 | 494.08 |
| YTD | 10,794.02 | 10,794.02 | 2,778.15 | 36.00 | 7,979.87 |

| YEAR-TO-DATE | PTO |
| --- | --- |
| Start Balance | 0.0 |
| + Earned | 0.0 |
| + Bought | 0.0 |
| - Taken | 0.0 |
| - Sold | 0.0 |
| + Adjustments | 0.0 |
| End Balance | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
| --- | --- | --- | --- |
| Advice #000000001569382 | Checking | 50163310 | 494.08 |
| TOTAL: | | | 494.08 |

**Children's Hospital Colorado**
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| Pay Group: | H1-Hospital BiWeekly |
|---|---|
| Pay Begin Date: | 03/29/2015 |
| Pay End Date: | 04/11/2015 |

| Business Unit: | CHILD |
|---|---|
| Advice #: | 000000001569382 |
| Advice Date: | 04/17/2015 |

Shaaann C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| Employee ID: | 136870 |
|---|---|
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavilion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $18.27 Biweekly |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | | Current | YTD |
| OT Straight | | 0.00 | | -2.00 | 35.64 | | | | |
| Clinical Meeting Time | | 0.00 | | 5.00 | 89.32 | | | | |
| PTO Unscheduled | | 0.00 | | 8.54 | 152.19 | | | | |
| Leave Without Pay | | 0.00 | | 28.43 | 506.62 | | | | |
| EIB Correction | | 0.00 | | -4.13 | -73.60 | | | | |
| PTO Balance pay out | | 0.00 | | 7.34 | 130.80 | | | | |
| TOTAL: | | 0.00 | 788.54 | 1,218.68 | 10,794.02 | TOTAL: | | | |

| | | |
|---|---|---|
| Children's Hospital Colorado<br>13123 E. 16th Avenue<br>Aurora, CO 80045<br>720/777-1234 | Pay Group: H1-Hospital BiWeekly<br>Pay Begin Date: 03/29/2015<br>Pay End Date: 04/11/2015 | Business Unit: CHILD<br>Advice #: 00000001569381<br>Advice Date: 04/17/2015 |

| | | TAX DATA: | Federal | CO State |
|---|---|---|---|---|
| Shanann C. Watts<br>2825 Saratoga Trail<br>Frederick, CO 80516 | Employee ID: 136870<br>Department: 1004580-Pediatric Call Center<br>Location: Village Pavilion<br>Job Title: Hospital Res Specialist-PRN<br>Pay Rate: $18.27 Biweekly | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>0 | Single<br>0 |

## HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 18.265500 | 47.00 | 858.48 | 422.50 | 7,549.92 |
| Evening Shift | 2.000000 | 26.50 | 53.00 | 273.25 | 546.50 |
| Staffing Bonus | | | 60.00 | | 60.00 |
| PRN Differential | 3.653100 | 47.50 | 173.53 | 169.25 | 607.45 |
| Weekend Differential | 1.750000 | 10.00 | 17.50 | 150.50 | 263.39 |
| Clinical Meeting Time | 18.265500 | 0.50 | 9.13 | 5.00 | 89.32 |
| Take It To Heart | | | 0.00 | | 788.54 |
| Night Shift | | | 0.00 | 8.00 | 32.00 |
| On Call | | | 0.00 | 64.00 | 256.00 |
| Holiday Premium | | | 0.00 | 7.75 | 69.05 |
| Call Back Bonus | | | 0.00 | 1.00 | 17.82 |
| Call Back Premium | | | 0.00 | 6.50 | 57.92 |
| Call Back Straight | | | 0.00 | 6.50 | 115.83 |
| CONTINUED ON NEXT PAGE | | | | | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 150.74 | 1,477.41 |
| Fed MED/EE | 16.99 | 156.54 |
| Fed OASDI/EE | 72.64 | 669.23 |
| CO Withholding | 50.00 | 467.00 |
| CO AURORA Withholding | 0.00 | 8.00 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL: | 290.37 | 2,778.15 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| TOTAL: | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Parking Part Time | 4.50 | 36.00 |
| TOTAL: | 4.50 | 36.00 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Employee Assistance Program | 0.00 | 11.97 |
| Basic Employee Life | 0.00 | 3.42 |
| Short Term Disability | 0.00 | 36.94 |
| Long Term Disability | 0.00 | 7.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,171.64 | 1,171.64 | 290.37 | 4.50 | 876.77 |
| YTD | 10,794.02 | 10,794.02 | 2,778.15 | 36.00 | 7,979.87 |

| YEAR-TO-DATE | PTO |
|---|---|
| Start Balance | 0.0 |
| + Earned | 0.0 |
| + Bought | 0.0 |
| - Taken | 0.0 |
| - Sold | 0.0 |
| + Adjustments | 0.0 |
| End Balance | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001569381 | Checking | 50163310 | 876.77 |
| TOTAL: | | | 876.77 |

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| Pay Group: | H1-Hospital BiWeekly |
| Pay Begin Date: | 03/29/2015 |
| Pay End Date: | 04/11/2015 |

| Business Unit: | CHILD |
| Advice #: | 000000001569381 |
| Advice Date: | 04/17/2015 |

Shanann C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| Employee ID: | 136870 |
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavilion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $18.27 Biweekly |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

| | HOURS AND EARNINGS | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| | | Current | | ---------- YTD ---------- | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| OT Premium | | | 0.00 | 2.00 | 21.65 | | | |
| OT Straight | | | 0.00 | 2.00 | 35.64 | | | |
| PTO Unscheduled | | | 0.00 | 8.54 | 152.19 | | | |
| Leave Without Pay | | | 0.00 | 28.43 | 506.62 | | | |
| EIB Correction | | | 0.00 | -4.13 | -73.60 | | | |
| PTO Balance pay out | | | 0.00 | 7.34 | 130.80 | | | |
| TOTAL: | | 131.50 | 1,171.64 | 1,218.68 | 10,794.02 | TOTAL: | | |

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| Pay Group: | H1-Hospital BiWeekly |
| Pay Begin Date: | 03/15/2015 |
| Pay End Date: | 03/28/2015 |

| Business Unit: | CHILD |
| Advice #: | 000000001561194 |
| Advice Date: | 04/03/2015 |

Shanann C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| Employee ID: | 136870 |
| Department: | 1004580-Pediatric Call Center |
| Location: | Village Pavilion |
| Job Title: | Hospital Res Specialist-PRN |
| Pay Rate: | $17.82 Biweekly |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 17.820000 | 29.50 | 525.69 | 375.50 | 6,691.44 |
| Evening Shift | 2.000000 | 19.50 | 39.00 | 246.75 | 493.50 |
| PRN Differential | 3.564000 | 29.50 | 105.14 | 121.75 | 433.92 |
| Weekend Differential | 1.750000 | 9.00 | 15.75 | 140.50 | 245.89 |
| Leave Without Pay | 17.820000 | 6.00 | 106.92 | 28.43 | 506.62 |
| Night Shift | | 0.00 | 8.00 | 32.00 |
| On Call | | 0.00 | 64.00 | 256.00 |
| Holiday Premium | | 0.00 | 7.75 | 69.05 |
| Call Back Bonus | | 0.00 | 1.00 | 17.82 |
| Call Back Premium | | 0.00 | 6.50 | 57.92 |
| Call Back Straight | | 0.00 | 6.50 | 115.83 |
| OT Premium | | 0.00 | 2.00 | 21.65 |
| OT Straight | | 0.00 | 2.00 | 35.64 |

**CONTINUED ON NEXT PAGE**

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholding | 71.83 | 1,129.53 |
| Fed MED/EE | 9.94 | 128.09 |
| Fed OASDI/EE | 42.51 | 547.70 |
| CO Withholding | 28.00 | 380.00 |
| CO AURORA Withholding | 2.00 | 8.00 |
| **TOTAL:** | 154.28 | 2,193.32 |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| | | |
| **TOTAL:** | 0.00 | 0.00 |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Parking Part Time | 4.50 | 31.50 |
| **TOTAL:** | 4.50 | 31.50 |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Employee Assistance Program | 0.00 | 11.97 |
| Basic Employee Life | 0.00 | 3.42 |
| Short Term Disability | 0.00 | 36.94 |
| Long Term Disability | 0.00 | 7.92 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 685.58 | 685.58 | 154.28 | 4.50 | 526.80 |
| YTD | 8,833.84 | 8,833.84 | 2,193.32 | 31.50 | 6,609.02 |

| YEAR-TO-DATE | PTO |
|---|---|
| Start Balance | 0.0 |
| + Earned | 0.0 |
| + Bought | 0.0 |
| - Taken | 0.0 |
| - Sold | 0.0 |
| + Adjustments | 0.0 |
| End Balance | 0.0 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000001561194 | Checking | 501163310 | 526.80 |
| **TOTAL:** | | | 526.80 |

Children's Hospital Colorado
13123 E. 16th Avenue
Aurora, CO 80045
720/777-1234

| | | |
|---|---|---|
| Pay Group: | H1-Hospital BiWeekly | |
| Pay Begin Date: | 03/15/2015 | |
| Pay End Date: | 03/28/2015 | |

| | | |
|---|---|---|
| Business Unit: | CHILD | |
| Advice #: | 000000001561194 | |
| Advice Date: | 04/03/2015 | |

Shannon C. Watts
2825 Saratoga Trail
Frederick, CO 80516

| | | |
|---|---|---|
| Employee ID: | 136870 | |
| Department: | 1004580-Pediatric Call Center | |
| Location: | Village Pavillion | |
| Job Title: | Hospital Res Specialist-PRN | |
| Pay Rate: | $17.82 Biweekly | |

| TAX DATA: | Federal | CO State |
|---|---|---|
| Marital Status: | Single | Single |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

| HOURS AND EARNINGS | | | | | | | TAXES | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Current | | | YTD | | | | |
| Description | Rate | Hours | Earnings | Hours | Earnings | | Description | Current | YTD |
| Clinical Meeting Time | | | 0.00 | 4.50 | 80.19 | | | | |
| PTO Unscheduled | | | 0.00 | 8.54 | 152.19 | | | | |
| EIB Correction | | | 0.00 | -4.13 | -73.60 | | | | |
| PTO Balance pay out | | | 0.00 | 7.34 | 130.80 | | | | |
| TOTAL: | | 93.50 | 685.58 | 1,087.18 | 8,833.84 | | TOTAL: | | |